

**WARD LAW GROUP**

*Attorneys & Counselors at Law*

301 FOURTH AVENUE SOUTH
SUITE 378N
MINNEAPOLIS, MINNESOTA 55415
(612) 353-9770 MAIN
(866) 759-6030 FAX

**Damon L. Ward**
dward@wardlawgroup.com

December 31, 2025

**VIA ECF**

The Honorable John R. Tunheim
U.S. District Judge, District of Minnesota
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

The Honorable John F. Docherty
U.S. Magistrate Judge District of Minnesota
United States District Court
Room 646 U.S. Courthouse
316 North Robert
St. Paul, MN 55101

Re: *Schmidt v. University of Northwestern of St. Paul*
Court File No.: Civ. No. 23-CV-2199 (JRT/JFD)

Dear Judges Tunheim and Docherty:

  I have received a filing today from Defendants noticing a Motion for Summary Judgment beyond the scope of the Pretrial Scheduling Order in direct violation of this Court's March 13, 2024 Pretrial Scheduling Order. As all are aware, claims remain in this action for resolution during the "Second Phase" of this matter as addressed in the Court's pretrial scheduling order. Specifically, in pertinent part, the Court's Order states

> The court will set a status conference after resolution of such [dispositive] motion to determine the phase two discovery schedule, the remaining motion schedule, and the trial ready date. *Pretrial Scheduling Order, p. 2*

Further, the Amended Scheduling Order states:

> Following the district court's ruling on any dispositive motion related to the ministerial exception issue, the magistrate judge will (if the case is not completely dismissed) convene a status conference has been initiated or set with the parties to discuss future scheduling in this case. *Pretrial Scheduling Order, p. 2*

> Indeed, the Judge Tunheim's Summary Order invited discovery to be done on the remaining issues. Summary Judgment Order, p. 22

  To date, however, no such status conference has been set and no future scheduling of this matte has been established by the Court. Yet, Defendants have filed a motion beyond the

---

established dispositive motion deadline and sought a hearing date from the Court without any notice to Plaintiff and possibly with the inadvertent consent of the Court.

Again, as the Court is aware, discovery is yet to be completed as was addressed early on this this matter when staggered discovery was first discussed and ruled upon by the Court. By its motion, Defendants seek to flout the Court's order, avoid a status conference, prohibit discovery, and take a second shot at a dispositive motion beyond the deadline. Given the outrageous action taken by Defendants, Plaintiff pleads with the Court to set a status conference, establish the next phase of discovery scheduling and establish the remaining trial schedule.

**WARD LAW GROUP**

*Damon L. Ward*

Damon L. Ward

cc: Samuel Henry