

**WARD LAW GROUP**

*Attorneys & Counselors at Law*

301 FOURTH AVENUE SOUTH
SUITE 378N
MINNEAPOLIS, MINNESOTA 55415
(612) 353-9770 MAIN
(866) 759-6030 FAX

Damon L. Ward
dward@wardlawgroup.com

December 31, 2025

**VIA ECF**

The Honorable John R. Tunheim
U.S. District Judge, District of Minnesota
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

The Honorable John F. Docherty
U.S. Magistrate Judge District of Minnesota
United States District Court
Room 646 U.S. Courthouse
316 North Robert
St. Paul, MN 55101

Re: *Schmidt v. University of Northwestern of St. Paul*
Court File No.: Civ. No. 23-CV-2199 (JRT/JFD)

Dear Judges Tunheim and Docherty:

In response to Defendants' responding letter, Plaintiff directs the Court to Defendants' notably absent reference to any part of the Amended Pretrial Scheduling Order which sets forth the deadlines and actions. Again, there was no requirement for Plaintiff to do anything. Indeed, when Plaintiff previously attempted to take further discovery, the Court forcefully prohibited such discovery from taking place noting the importance of the scheduling order and the availability of later scheduling pursuant to its setting a status conference. Defendants simply intend to read into the plain text of the order some requirement on Plaintiff's part to manage the Court. The Order plainly states "the magistrate judge *will* (if the case is not completely dismissed) convene a status conference." *Scheduling Order, p. 2.* And "the Court *will* set a status conference—not may, not, if a party requests it, but will, as was anticipated and discussed from the beginning of establishing the Amended Scheduling Order. But, while Defendants' misleading lapse into blaming Plaintiff to attempt to create and redirect fault may be disturbing, it is of no avail. The facts is that Defendants believed they could get away with whatever social, professional or personal construct they believed would allow them the privilege of an excuse for their own violation by blaming the victim; as they have done throughout this lawsuit.

The Amended Pretrial Scheduling Order speaks for itself and governs this action. Avowing its terms to permit favor to a party that has violated it is unconscionable.

**WARD LAW GROUP**

*Damon L. Ward*

---

Grain Exchange Building ■ 301 Fourth Avenue South,, Suite 378N ■ Minneapolis, Minnesota 55415
Main: 612.353.9770 ■ Direct: 612.282.3060 ■ Toll Free Fax: 866.759.6030
www.wardlawgroup.com

Damon L. Ward

cc: Samuel Henry