# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Rolanda Schmidt, | Case No. 23-cv-02199-JRT-JFD |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MEET AND CONFER STATEMENT** |
| University of Northwestern-St. Paul, et al, | |
| Defendants. | |

Pursuant to Local Rule 7.1(c), counsel for Plaintiff conferred with counsel for Defendant and the Court in an effort to resolve the dispute giving rise to Plaintiff's Motion for Status Conference et al. The parties were unable to resolve that dispute via the meet and confer informal meeting process with Court.

Dated: January 21, 2026     **WARD LAW GROUP**

By: s/Damon L. Ward
 Damon L. Ward, ID # 221442
4057 Brunswick Avenue
St. Louis Park, MN 55416
(612) 353-1000 (O)
(612) 282-3060 (D)

**ATTORNEYS FOR PLAINTIFF
ROLANDA SCHMIDT**